798

FIRST DEPARTMENT, JULY, 1980

(July 17, 1980)

THE PEOPLE OF THE STATE OF NEW YORK v RAYMOND DE JESUS. — Motion to dismiss appeal for lack of jurisdiction granted. Concur — Kupferman, J. P., Birns, Markewich and Carro, JJ.